UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BADRE OUBAIDAH and AMINA
HADDOUMI,

    Plaintiffs,

v.                                        Case No:   6:23-cv-1098-RBD-LHP

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on February 8, 2024 (Doc. 43), indicating that this case has settled. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Court declines to retain jurisdiction to enforce the parties' agreement.

2. All pending motions are denied as moot and all deadlines and

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 9, 2024.

ROY B. DALTON, JR.
United States District Judge